# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| | |
|---|---|
| United States of America<br>v.<br><br>Jose Luis CARDOZA-Facio<br><br>*Defendant(s)* | Case No: 12-1816 MJ |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date of August 02, 2012 in the county of Luna in the State and District of New Mexico, the defendant violated 8 U.S.C. §1326(a)(1),(2)(Re-Entry After Deport), an offense described as follows:

an alien, who had been previously arrested and deported from the United States and who had not received the consent of the appropriate authority of the United States to reapply for admission into the United States, was found in the United States, being willfully in the United States unlawfully

This criminal complaint is based on these facts:
On August 2, 2012, the defendant was encountered by Border Patrol Agents in Luna County, New Mexico. The defendant admitted to being a citizen of Mexico illegally in the United States. Record checks revealed that the defendant was deported from the United States to Mexico on or about May 15, 2011 through El Paso, TX. There is no evidence to indicate that the defendant has applied for permission from the appropriate authority to enter or remain in the United States.

☐ Continued on the attached sheet.

*Complainant's signature*

David Lemcke  BORDER PATROL AGENT
*Printed name and title*

Sworn to before me and signed in my presence.

Date: August 4, 2012

*Judge's signature*

WILLIAM P. LYNCH
U.S. MAGISTRATE JUDGE
*Printed name and title*

City and state: Las Cruces, N.M.